IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOEL SANTAMARIA-FRANCO | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| PAM BONDI, US Attorney General; | § | |
| KRISTI NOEM, Secretary, Department of | § | |
| Homeland Security; DEPARTMENT OF | § | CIVIL ACTION NO. 9:26-CV-00222 |
| HOMELAND SECURITY; | § | JUDGE MICHAEL J. TRUNCALE |
| IMMIGRATION CUSTOMS | § | |
| ENFORCEMENT; BRET A. | § | |
| BRADFORD, Houston Filed Office, | § | |
| Director for Detention and Removal, U.S. | § | |
| Immigration and Customs Enforcement, | § | |
| Department of Homeland Security; | § | |
| ALEXANDER SANCHEZ, Warden of | § | |
| IAH Polk Adult Detention Facility | § | |
| | § | |
| *Respondents.* | § | |

## **<u>ORDER GRANTING MOTION TO DISMISS AS MOOT</u>**

Before the Court is Petitioner's Motion to Dismiss as Moot. [Dkt. 2]. Petitioner files the present motion seeking to dismiss this matter as moot since the Immigration Court ordered Petitioner removed from the United States on or about May 11, 2026.

It is therefore **ORDERED** that Petitioner's Motion to Dismiss as Moot [Dkt. 2] is hereby **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE as moot**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 15th day of May, 2026.**

_____
Michael J. Truncale
United States District Judge